**DANIEL S. GLASS   SBN 140819**
**ATTORNEY AT LAW**
**1006 Fourth St.  Tenth Floor**
**Sacramento, CA 95814**
(916) 447-5697

Attorney for Defendant
Jessica Dunn

UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| KOLE McADAMS | CASE NO.  2:08-CV-00131 WBS-KJM |
| Plaintiff, | **STIPULATION AND ORDER PERMITTING PARTIES TO DELAY DISCLOSURE OF REBUTTAL EXPERTS FOR TWO WEEKS** |
| v. | |
| JESSICA DUNN | |
| Defendant. | First Amended Complaint Filed: 03/27/08 |
| _____/ | |

**STIPULATION**

1) The parties hereto, by and through their attorneys of record, desire to extend the date for disclosure of Rebuttal Experts which had been set by the court in its STATUS (PRETRIAL SCHEDULING) ORDER of April 3, 2008.

2) In the court's Order of April 3, 2008 the parties were required to, inter alia, " . . . disclose experts and produce reports in accordance with Fed. R. Civ. P. 26(a)(2) by no later than October 17, 2008."   The parties have complied with that part of said order.

3) In the court's Order of April 3, 2008, the parties were further required: "With regard to expert testimony intended solely for rebuttal, those experts shall be disclosed and

**STIPULATION AND ORDER**
**PERMITTING PARTIES TO DELAY DISCLOSURE**
**OF REBUTTAL EXPERTS FOR TWO WEEKS**          1

1  reports produced in accordance with Fed. R. Civ. P. 26(a)(2) on or before November 21,
2  2008.
3    4) As a result of the schedule of various experts and counsel, and the interceding
4  Thanksgiving holiday, the parties, by and through counsel, desire to delay their respective
5  simultaneous disclosure of rebuttal experts from the court ordered date of November 21,
6  2008 to December 5, 2008.
7    5) Discovery remains open through January 9, 2009. Therefore, the parties
8  believe that there would be no harm nor prejudice to any party by this delay in disclosure
9  of rebuttal expert(s).
10   Therefore, it is hereby agreed and stipulated that the simultaneous disclosure of
11 rebuttal expert(s) by all parties hereto shall be made no later than the close of business on
12 December 5, 2008.
13 Dated:    November ___, 2008

By _____ [1]
Michael J. Zinicola

16 Dated:    November 20, 2008

By _____
Daniel S. Glass

21 IT IS SO ORDERED.
22 DATED:  December 1, 2008.

_____
U.S. MAGISTRATE JUDGE

---

[1]   The court acknowledges receipt of an original stipulation signed by counsel.

2