UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

----oo0oo----

KOLE MCADAMS,   NO. CIV. 2:08-0131 WBS KJN

      Plaintiff,

  v.   <u>ORDER REMOVING CASE FROM ACTIVE CASELOAD UPON AUTOMATIC STAY OF ACTION</u>

JESSICA DUNN,

      Defendant.

----oo0oo----

      Pursuant to the Suggestion of Bankruptcy filed by defendant Jessica Dunn on June 5, 2009 (Docket No. 28), and this Court's Minute Order filed June 15, 2009 vacating all pending dates pursuant to said Notice (Docket No. 29), this action has been stayed.  The Clerk of Court is, therefore, instructed to administratively close this case, to be reopened upon the parties' notification to the Court of the termination of the bankruptcy action or relief from the automatic stay and order of this court.

DATED:  October 13, 2011

*/s/ William B. Shubb*
WILLIAM B. SHUBB
UNITED STATES DISTRICT JUDGE

1